| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

JAIME LUEVANO, §
El Paso County 9340134, §
        Plaintiff, §
 §
*versus* §    CIVIL ACTION H-09-2207
 §
U.S. POSTAL INSPECTION SERVICE, ET AL., §
 §
        Defendants. §

## Opinion on Dismissal

    Jaime Luevano sues for civil rights violations. He is in the El Paso County Jail. Luevano moves to proceed as a pauper. He has sued about 15 other times in district court. The district court dismissed nine of these lawsuits as frivolous or for failure to state a claim recognized at law. *See Luevano v. Casey*, No. 3:09cv583 (M.D. Penn.); *Luevano v. Johnson*, 1:09cv71 (D. D.C.); *Luevano v. Boykin*, No. 5:08cv1844 (N.D. Ohio); *Luevano v. Richardson*, 1:08cv781 (D. N.Mex.); *Luevano v. Clinton*, 2:08cv1360 (E.D. N.Y.); *Luevano v. Board of Disciplinary Appeals*, No. 5:08cv107 (W.D. Tex.); *Luevano v. Perry*, 1:07cv1026 (W.D. Tex.); *Luevano v. Doe*, 1:07cv1025 (W.D. Tex.); and *Luevano v. Bush*, 1:08cv53 (D. D.C.). When Luevano sued, he was held in prison or jail. The district court dismissed these other cases before Luevano filed this case.

    A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Luevano's allegations do not show that he is under imminent danger of serious physical injury.

    This complaint is dismissed. 28 U.S.C. § 1915(g).

    Signed _July 29_, 2009, at Houston, Texas.

                                        Lynn N. Hughes
                                    United States District Judge